No. 232.   UNITED STATES *v.* O'BRIEN; and

No. 233.   O'BRIEN *v.* UNITED STATES, *ante,* p. 367. Motion of William Sloane Coffin, Jr., et al. for leave to file a brief, as *amici curiae,* after argument, denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Abraham Goldstein, William P. Homans, Jr., Telford Taylor,* and *Leonard B. Boudin* on the motion.

No. 801.   SPINELLI *v.* UNITED STATES.   C. A. 8th Cir. The order of this Court of March 4, 1968, granting petition for certiorari, 390 U. S. 942, is modified so as to limit review in this Court to the question of the constitutional validity of the search and seizure.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this order.

No. 1590, Misc.   LAUCHLI *v.* UNITED STATES.   Motion for leave to file petition for writ of habeas corpus denied.

No. 1532, Misc.   FAIR *v.* SUPREME COURT OF FLORIDA ET AL.   Motion for leave to file petition for writ of mandamus denied.

No. 1266.   ZENITH RADIO CORP. *v.* HAZELTINE RESEARCH, INC., ET AL.   C. A. 7th Cir.   Certiorari granted. *Thomas C. McConnell* and *Francis J. McConnell* for petitioner. *John T. Chadwell, M. Hudson Rathburn,* and *Laurence B. Dodds* for respondents.

No. 1339.   NATIONAL LABOR RELATIONS BOARD *v.* STRONG, DBA STRONG ROOFING & INSULATING Co.   C. A. 9th Cir.   Certiorari granted. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J.*